No. 11–7622. Melkonian v. Astrue, Commissioner of Social Security, et al. C. A. 9th Cir. Certiorari denied. ▉

No. 11–7638. Anderson v. Trombley, Warden. C. A. 6th Cir. Certiorari denied. ▉

No. 11–7679. Lawson v. McKee, Warden. C. A. 6th Cir. Certiorari denied.

No. 11–7685. Willis v. Hardy, Warden. C. A. 7th Cir. Certiorari denied.

No. 11–7694. Casbar v. Birkett, Warden. C. A. 6th Cir. Certiorari denied.

No. 11–7704. Waters v. Jackson et al. C. A. 4th Cir. Certiorari denied. ▉

No. 11–7710. Kershaw v. Evans, Warden. C. A. 9th Cir. Certiorari denied. ▉

No. 11–7734. Trimble v. California. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 11–7745. Gates v. McDaniel, Warden, et al. C. A. 9th Cir. Certiorari denied.

No. 11–7755. Collins v. McDaniel, Warden, et al. C. A. 9th Cir. Certiorari denied.

No. 11–7760. Parra v. McDaniel, Warden. C. A. 9th Cir. Certiorari denied.

No. 11–7778. Royal v. Durison. C. A. 3d Cir. Certiorari denied.

No. 11–7790. Salva Mercado v. Cox, Director, Nevada Department of Corrections, et al. C. A. 9th Cir. Certiorari denied.

